NO. CAAP-11-0000637

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE SHARON M.Y. YOUNG
REVOCABLE LIVING TRUST AGREEMENT DATED APRIL 28, 1995

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. T-05-1-0001)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of Petitioner-Appellant Pro Se's Motion for Reconsideration, filed on April 3, 2014, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, April 7, 2014.

On the motion:

Mark WS Young
Petitioner-Appellant Pro Se

Presiding Judge

Associate Judge

Associate Judge